NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Gerald D. Lane Jr. (SBN 352470)
1515 NE 26th Street
Wilton Manors, FL 33305
754 444-7539

CLEAR FORM

ATTORNEY(S) FOR: JONATHAN TU

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

JONATHAN TU,
individually and on behalf of all those similarly situated

Plaintiff(s),

v.

RHONE APPAREL, INC.

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   JONATHAN TU
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JONATHAN TU | Plaintiff |
| The Law Offices if Jibrael S. Hindi, PLLC | Plaintiff's Counsel |
| Gerald D. Lane Jr. | Plaintiff's Counsel |
| RHONE APPAREL, INC. | Defendant |

6/23/2025
Date

*Gerald D. Lane, Jr.*
Signature

Attorney of record for (or name of party appearing in pro per):

JONATHAN TU